JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH SHAW, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. DONLEY, Secretary, Department of the Air Force, <br><br> Defendant. | No. CV 08-07882- RGK (Ctx) <br><br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE <br><br> Hon. R. Gary Klausner |

IT IS HEREBY ORDERED that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Complaint in the above entitled action is dismissed with prejudice, with each party to bear its own costs and fees, including any attorney fees.

DATED: 10·14·09

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
_____

GEOFFREY D. WILSON
Assistant United States Attorney

Attorneys for Defendant